United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 23, 2014
Docket #: 14-2707cv
Short Title: Barsoumian v. Williams

DC Docket #: 14-cv-229
DC Court: WDNY (BUFFALO)
DC Judge: Skretny
DC Judge: Schroeder

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion to dismiss interlocutory appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, October 7, 2014.

Inquiries regarding this case may be directed to 212-857-8594.