# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand and fourteen.

Before:     Ralph K. Winter,
              *Circuit Judge*.

_____

  Raffi Barsoumian, M.D.,
    Plaintiff-Appellant,

  v.

  University at Buffalo, *et al.*,
    Defendants-Appellees.

**ORDER**
Docket Nos. 13-3183 (L);
           14-2707 (Con)

_____

Appellant moves for an extension of time to file a brief in docket no. 14-2707.

Given the effect of the weather on counsel, Appellant's opening brief in docket no. 14-2707 will be due on December 15, 2014. Appellees' response brief will be due on January 20, 2015, and any reply brief will be due on February 2, 2015. However, the appeal is dismissed effective December 15, 2014 unless Appellant's opening brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

